# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Trenton, NJ

PATRICIA WHITE, et al.

                        Plaintiff,

v.                                                Case No.:
                                                3:21−cv−16601−FLW−TJB

COMMUNITY OPTIONS, INC., et al.

                        Defendant.


Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L−4591−21

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                Very truly yours,

                                                William T. Walsh, Clerk
                                                By Deputy Clerk, mg

encl.
cc: All Counsel